IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARCHIT BASKARAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:23-cv-02243 |
| | ) | |
| v. | ) | Judge John Robert Blakey |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| CHICAGO POLICE OFFICERS SHANE COLEMAN (#15359), et al., | ) ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED NOTICE OF PARTY NAME CHANGE AND MOTION TO RESTYLE CASE CAPTION**

Plaintiffs hereby notify this Court that Plaintiff Pfeifer has legally changed their name and move this Court to restyle the case caption to reflect the name change. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs originally brought their claims as part of *Protesters in Support of Black Lives v. City of Chicago*, 20-cv-6851 (the "Original Action"), which contained 60 plaintiffs and was filed November 19, 2020.

2. On November 5, 2021, Plaintiff Pfeifer legally changed their name to Ezra Pfeifer. Ex. 1, Name Change Order.

3. On April 6, 2023, the Original Action was severed into fifteen cases including this one.

4. The current operative complaint in this case is the original complaint from the Original Action, containing Plaintiff Pfeifer's former legal name. Dkt. 2.

5. Plaintiffs intend to file an amended complaint limited to the plaintiffs and claims in this action, containing Plaintiff Pfeifer's current legal name.

6. Plaintiffs assert that the caption for this case should likewise reflect Plaintiff Pfeifer's current legal name.

7. Plaintiffs' counsel has consulted with defense counsel, and Defendants do not oppose the relief sought.

WHEREFORE, Plaintiffs respectfully request that the Court amend the case caption to reflect Plaintiff Pfeifer's current legal name.

Date: April 3, 2024	Respectfully submitted,

/s/ Nora Snyder
Nora Snyder
Brad J. Thomson, Janine Hoft,
Ben H. Elson, Hakeem Muhammad
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070

/s/ Jonathan Manes
Jonathan Manes
MacArthur Justice Center
160 E. Grand Ave, 6th Fl.
Chicago, IL 60611
312-503-0012

*Counsel for Plaintiffs*