This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | ORDER FOR NAME CHANGE (ADULT) | For Court Use Only |
|---|---|---|

| | Request of: | |
|---|---|---|
| **Instructions ▼**<br>Directly above, enter the county name where the case was filed. | | |
| Enter your current name. | Bailey Nell Pfeifer<br>Your current name *(First, middle, last name)*<br>EMAIL: alexis@tjlp.org | 2021CONC001513<br>Case Number |
| Enter the case number given to you by the Circuit Clerk. | | |

**DO NOT** check any boxes on this form.

The judge will check the correct boxes at the hearing.

**The Court reviewed your *Request for Name Change* and finds:**

[✓] The Court has jurisdiction.
[ ] Correct Notice was done by newspaper publication.
In this Newspaper: _____
On these Dates: _____
[✓] Notice requirement was waived.
[ ] Notice not required. Petitioner has received a Judgment for Dissolution of Marriage or Declaration of Invalidity of Marriage and is resuming use of their former or maiden name.
[✓] The statements made in the *Request for Name Change* meet the statutory requirements.
[ ] The statements made in the *Request for Name Change* **do not** meet the statutory requirements.

**IT IS ORDERED:**

[✓] The *Request for Name Change* is GRANTED.

The name of:

| Bailey | Nell | Pfeifer |
|---|---|---|
| First | Middle | Last |

is changed to:

| Ezra | Nell | Pfeifer |
|---|---|---|
| First | Middle | Last |

Enter your current full name.

Enter the new full name you would like.

[ ] The *Request for Name Change* is DENIED.
The *Request* is denied for the following reasons: _____

DO NOT enter the Judge and Date. The judge will sign here.

**ENTERED:**

*Nichole C. Patton 2211*

Judge

ENTERED
Judge Nichole C. Patton-2211
NOV 05 2021
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Date

[✓] 4801- Case was heard via Remote Hearing