**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Archit Baskaran, et al.
                              Plaintiff,

v.                                        Case No.: 1:23−cv−02243
                                          Honorable John Robert Blakey

Shane Coleman, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 10, 2024:

MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiff's motion to withdraw the appearance of Hakeem Muhammad [65], strikes the 12/11/24 Notice of Motion date, and directs the Clerk to remove Attorney Muhammad's name from the docket in this case. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.